1
2
3
4
5

## UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

| 8 | JOHN E. WILLIAMS, III, | Case No. 2:14-cv-0571-APG-VCF |

9      Plaintiff,

**ORDER TRANSFERRING VENUE**

10   v.

11

12 NATIONAL FOOTBALL LEAGUE, et al.,

13      Defendants.

14   For the reasons stated on the record during the July 11, 2014 hearing on the pending

15 motions (Dkt. ##9, 10, 14), I transfer this action to the United States District Court for the

16 Western District of Washington, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a). The Clerk of

17 Court is directed to transfer this case accordingly.

18   Dated: July 11, 2014.

19          _____

20          ANDREW P. GORDON
          UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28